AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| Lee Hall ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-13361 |
| Circle K Stores, Inc., a Foreign Profit Corporation ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Circle K Stores, Inc.                                                                                                .

Date:     05/14/2025                                        /s/Zachary G. Stillman
                                                                            *Attorney's signature*

                                                                    Zachary G. Stillman  P87670
                                                                    *Printed name and bar number*
                                                                    Litchfield Cavo, LLP
                                                                    303 W. Madison St, Ste 303
                                                                    Chicago, IL 60606

                                                                            *Address*

                                                                    stillman@litchfieldcavo.com
                                                                            *E-mail address*

                                                                    (312) 781-6672
                                                                    *Telephone number*

                                                                    (312) 781-6630
                                                                    *FAX number*