UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE HALL,

     Plaintiff(s),

v.

CIRCLE K STORES, INC., et al.,

     Defendant(s).

Case No. 24-cv-13361

Honorable Robert J. White

## SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the Parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT / FILING[1] | DATE / TIMEFRAME |
|---|---|
| Amendment of pleadings | June 30, 2025 |
| Lay and expert witness lists filed | December 5, 2025 |
| Interim status conference (remote) | February 4, 2026 at 10:30 a.m. |
| Discovery completed by | January 30, 2026 |
| Expert discovery completed by | February 27, 2026 |
| Dispositive motions filed by | March 31, 2026 |
| Challenges to experts | March 31, 2026 |

---

[1] For any events not listed here, please refer to Federal Rule of Civil Procedure 26.

| | |
|---|---|
| Joint proposed final pretrial order and Motions *in limine* (*see* Case Management Requirements § VI) | TBD |
| Final Pretrial Conference | TBD |
| Jury trial | TBD |
| Estimated length of trial | TBD |

As this case progresses, the Parties should continually review the Court's Case Management Requirements.

Dated: June 11, 2025

s/Robert J. White
Robert J. White
United States District Judge