UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEE HALL,<br><br>    Plaintiff(s),<br><br>v.<br><br>CIRCLE K. STORES, INC. and MAC'S CONVENIENCE STORES, LLC,<br><br>    Defendant(s). | Case No. 24-cv-13361<br><br>Honorable Robert J. White |

## ORDER FOR FACILITATIVE MEDIATION

After conferring with the Parties, the Court believes that "mediation will assist in the resolution of the case." E.D. Mich. LR 16.4(a)(2). Accordingly, this case is referred to facilitative mediation pursuant to Local Rule 16.4 with the following instructions:

1. James J. Rashid is appointed Mediator.  The Parties must contact and provide the Mediator with a copy of this Order as soon as practicable and shall divide equally the costs for the Mediator's services in this matter.

2. The mediation shall occur December 10, 2025 at 1:00 PM.

3. The following persons shall be present at the mediation:

    a. Attorneys in principal charge of the case;
    b. Plaintiff(s);
    c. Defendant(s);

      d. Representatives of the Parties with complete settlement authority.

4. Oral or written statements made for or during mediation by anyone are inadmissible in any evidentiary proceeding, and the Mediator may not be called to testify about the mediation.

5. No later than seven days after the mediation, the Mediator must notify the Court of "only the date of completion, who participated, whether settlement was reached, and whether further ADR proceedings are contemplated." *Id.* at 16.4(e)(6).

6. If a settlement is reached, the Parties must notify the Court immediately and then promptly submit "appropriate documents to conclude the case." *Id.* at 16.4(e)(7).

**SO ORDERED.**

Dated: July 23, 2025    s/Robert J. White
　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　United States District Judge

**STIPULATED TO:**

/s/ *Lauren A. Gwinn*
Attorney for Plaintiff Lee Hall
Dated: July 18, 2025

/s/ *Zachary G. Stillman (w/ permission)*
Attorney for Defendant Circle K. Stores, Inc. and Mac's Convenience Stores, LLC
Dated: July 18, 2025

2