EASTERN DISTRICT OF MICHIGAN
UNITED STATES DISTRICT COURT

LEE HALL,

                Plaintiff,

v.                                                               Case No.: 2:24-cv-13361

CIRCLE K STORES, INC., a foreign profit corporation, and MAC'S CONVENIENCE STORES, LLC, a foreign limited liability company,

                Defendants.

| | |
|---|---|
| THOMAS W. JAMES (P685563)<br>RICHARD A. MOORE (P76399)<br>LAUREN A. GWINN (P85050)<br>Attorneys for Plaintiff<br>30101 Northwestern Highway<br>Farmington Hills, MI 48334<br>248-353-7575<br>tjames@falllaw.com<br>rmoore@falllaw.com<br>lgwinn@falllaw.com<br>mmcallister@falllaw.com (asst) | JOSEPH P. SULLIVAN (P38076)<br>PAUL A. RUSCHEINSKI (P85304)<br>ZACHARY G. STILLMAN (P87670)<br>Litchfield Cavo LLP<br>Attorneys for Defendants Circle K. Stores, Inc.<br>and Mac's Convenience Stores, LLC<br>303 West Madison Street, Suite 300<br>Chicago, IL 60606<br>312-781-6677<br>sullivanj@litchfieldcavo.com<br>ruscheinski@litchfieldcavo.com<br>Stillman@litchfieldcavo.com |

**DEFENDANTS AGREED MOTION TO
CONTINUE THE COURT ORDERED FACILITATION**

Defendants Circle K Stores, Inc. and Mac's Convenience Stores, LLC ("Defendants"), by and through their attorneys, Litchfield Cavo LLP, for their Agreed Motion to Continue the December 10, 2025, Court Ordered Facilitation set by this Court on July 23, 2025 (ECF No. 23), state as follows:

    1.    Under the Court's Order for Facilitative Mediation, the mediation is set for December 10, 2025. (ECF No. 23)

2. The parties have met and conferred in good faith regarding scheduling of Plaintiff's deposition, which Defendants deem necessary to complete prior to mediation for the process to be meaningful.

3. Despite reasonable efforts, the parties have been unable to secure a mutually available date for Plaintiff's deposition before the scheduled mediation session.

4. As of November 13, 2025, the parties agree that a brief continuance of the mediation is appropriate to allow sufficient time to complete this key discovery.

5. This request is not made for delay, but to ensure the mediation can proceed with a complete factual record, maximize efficiency, and meaningfully advance resolution.

WHEREFORE, Defendants respectfully request that the Court continue the mediation date and reset it for the earliest date convenient for the Court, the mediator, and the parties following completion of Plaintiff's deposition.

Dated: November 13, 2025

        /s/ *Zachary G. Stillman*
        Zachary G. Stillman

Joseph P. Sullivan (P38076)
Paul A. Ruscheinski (P85304)
Zachary G. Stillman (P87670)
Litchfield Cavo LLP
303 W. Madison, Suite 300
Chicago, IL 60606
(312) 781-6677
sullivanj@litchfieldcavo.com
ruscheinski@litchfieldcavo.com
stillman@litchfieldcavo.com
*Counsels for Circle K Stores, Inc. and Mac's Convenience Stores LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the above document was served via electronic mail, on all counsel of record, before the hour of 5:00 p.m., on November 13, 2025.

                                            /s/ *Zachary G. Stillman*