# UNITED STATES DISTRICT COURT
# EASTEN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LEE HALL,

    Plaintiff,

v.

CIRCLE K. STORES, INC., a foreign profit corporation, and MAC'S CONVENIENCE STORES, LLC, a foreign limited liability company,

    Defendants.

No. 2:24-cv-13361
Hon. Robert J. White
Magistrate: Anthony P. Patti

_____/

| | |
|---|---|
| RICHARD A. MOORE (P76399) | JOSEPH P. SULLIVAN (P38076) |
| LAUREN A. GWINN (P85050) | ZACHARY G. STILLMAN (P87670) |
| Michigan Slip & Fall Lawyers | Litchfield Cavo LLP |
| Attorneys for Plaintiff | Attorney for Defendants |
| 30101 Northwestern Highway | 303 West Madison Street, Suite 300 |
| Farmington Hills, MI 48334 | Chicago, IL 60606 |
| 248-353-7575 | 312-781-6602 |
| rmoore@falllaw.com | sullivanj@litchfieldcavo.com |
| lgwinn@falllaw.com | stillman@litchfieldcavo.com |
| nlambiris@falllaw.com (asst) | |

## PLAINTIFF'S WITNESS LIST
## AND PROPOSED EXHIBIT LIST

Plaintiff Lee Hall, by and through his attorneys, Michigan Slip and Fall Lawyers, hereby submits the following list of witnesses, known to the Plaintiff at the time of preparation of the list. To the extent there are subsequent treating doctors and further discovery, or investigation identifies

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

additional witnesses, the Plaintiff reserves the right to file an amended witness/exhibit list naming them.

1. Lee Hall, Plaintiff.

2. Circle K. Stores, Inc, Defendant

3. Mac's Convenience Stores, LLC, Defendant

4. Melina Hinton, witness

5. Custodian of records of Blue Cross Blue Shield of Michigan Insurance Company, any and all agents, representatives, and employees.

6. Jaleran Hall, lay witness

7. Seiko Barber, lay witness

8. Eugene Brown, lay witness

9. Riley DeLano

10. Cindy Randall

11. Robin Nelson

12. Custodian of records, and any and all treating or examining physicians, nurses, physical therapists, and employees that were involved in the care, recovery, or rehabilitation of Lee Hall at any time, including, but not limited to:

    a) Hesselberg Chiropractic – 4039 Carpenter Rd. Ypsilanti, MI 48197
    b) Packard Health Main – 2650 Carpenter Rd Ann Arbor, MI 48108
        i. Dr. Ravi Vadlamudi
    c) Synergy Health Partners – Mendelson Kornblum Orthopedics & Spine Specialists – 36622 5 Mile Rd. Ste 101 Livonia, MI 48154
        i. Dr. Mendelson
        ii. Dr. Bohm
    d) Trinity Health Ann Arbor Hospital – 5301 McAuley Dr. Ypsilanti, MI 48197
    e) University of Michigan – Urology Center – 1500 E. Medical Centers Dr. Ann Arbor, MI 48109
        i. LaShon Day

*Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575*

    f)  US Rehabilitation & Health Services – 494 N. Hewitt Rd Ypsilanti, MI 48197

13. Any independent medical or insurance medical physician or provider.

14. Custodian of records, agents and employees for any case management company that provided services to Plaintiff at any time.

15. Custodian of records, agents and employees for any pharmacy, medical supplies and transportation company that provided services to Plaintiff at any time.

16. Custodian of records, agents and employees for any Plaintiff's employer at any time.

17. Custodian of the records, teachers, counselors, administrators, and co-students from any and all schools, educational institutions, school districts, workshops, occupational training facilities, and seminar companies attended by the Plaintiff at any time.

18. Custodian of records of repair shop, and any and all agents and employees.

19. Custodian of records of towing company, and any and all agents and employees.

20. Usma Rehman D.O., Defense Expert, 45628 Schoenherr, Shelby Township, MI 48315.

21. Jason Butzin, D.C., Defense Expert, 2050 Chesley Dr. Sterling Heights, MI 48310

22. Mariusz Ziejewski, Expert, Biomechanical Engineer and Accident Reconstruction, 2363 20th Avenue South, Fargo, ND 58103.

23. Michael D. Freeman, D.C., Ph.D., M.P.H., Expert, 1234 SW 18th Avenue, Suite 102, Portland, OR 97205.

24. Steven E. Newman, M.D., Expert, Neurologist, Detroit Institute of Physical Medicine and Rehabilitation, 25811 West 12 Mile Rd., Southfield, MI 48034.

25. Paul Gross, Expert, Meteorologist, 29770 Ravenscroft, Farmington Hills, MI 48331.

26. High Impact Litigation, Inc., 2 Inverness Drive East, Englewood, CO 80112.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

27. David Newman, Visual Evidence Expert, Newman Video, Inc., 30160 Orchard Lake Rd., Ste 140, Farmington Hills, MI 48334.

28. Timothy P. Robbins, Expert, Traffic Crash Reconstruction, 4106 Wilder Road, #290, Bay City, MI 48706-2239

29. Michael Paley, MD, Expert, Radiologist, 5 Severance Circle, Ste. 108, Cleveland, OH 44118.

30. Nitin V. Paranjpe, Ph.D., Expert, Thomson Econometrics & Employment Research, Economists, 2350 Franklin Road, Suite 200, Bloomfield Hills, Michigan 48302.

31. Sara Ford, MRC, Expert, Vocational Economics, Inc., 220 W. Main Street, Suite 2150, Louisville, KY 40202.

32. Robert W. Johnson, Expert, Economist/Hedonic Damages, Robert W. Johnson & Assoc., 4970 E. El Camino Real, #50, Los Altos, CA 94022.

33. Custodian of records of Social Security Administration and any and all agents and employees.

34. Custodian of records of the Internal Revenue Service, and any and all agents and employees.

35. Custodian of records of the Michigan Department of Treasury, and any and all agents and employees.

36. Custodian of records of the Federal Motor Carrier Safety Administration, and any and all agents and employees.

37. Custodian of records of the Michigan Department of Transportation, and any and all agents and employees.

38. Custodian of records of the Michigan Secretary of State, and any and all agents and employees.

39. Custodian of records of Medicare and any and all agents and employees.

40. Custodian of records of Medicaid and any and all agents and employees.

41. Custodian of records of VA / Tricare and any and all agents and employees.

42. Any and all witnesses named in the Witness List filed by Defendants called or not called at trial.

43. Any and all witnesses necessary to rebut the Defendants or their witnesses' testimony.

44. Any and all doctors listed in the records of any of the records custodians listed in Plaintiff's and Defendants' Witness List.

45. Any and all witnesses that become known up to and through the date of trial.

46. Any and all individuals named in discovery, including interrogatories, depositions, pleadings and documents.

47. The corporate representative present at trial.

48. Any and all medical personnel necessary to authenticate, interpret and enter the results of any medical, biological and/or psychological tests.

49. Any and all individuals necessary to authenticate, interpret, identify and/or introduce any and all exhibits.

50. Plaintiff reserves the right to call additional parties that become known through further discovery including, but not limited to, medical personnel who may have examined or treated the plaintiff who are presently unknown, and all subsequent treating doctors.

                                      MICHIGAN AUTO LAW, P.C.

BY _____

                        RICHARD A. MOORE (P76399)
                        LAUREN A. GWINN (P85050)
                        Attorneys for Plaintiff

DATED: December 4, 2025

## PLAINTIFF'S PROPOSED EXHIBIT LIST

1. All business records of Mac's Convenience Stores, LLCS

2. All business records of Circle K.

3. All business records of Blue Cross Blue Shield of Michigan.

4. All personnel records of Lee Hall

5. Complete records of Social Security Administration.

6. Complete records of the Internal Revenue Service.

7. Complete records of Workers' Compensation.

8. The following medical records of Plaintiff from:

      a) Hesselberg Chiropractic
      b) Packard Health Main
      c) Synergy Health Partners
      d) Mendelson Kornblum Orthopedics & Spine Specialists
      e) Trinty Health Ann Arbor Hospital
      f) University of Michigan -Urology Center
      g) US Rehabilitation & Health Services

9. All Plaintiff's prescriptions/ pharmacy records.

10. All Plaintiff's employment records.

11. All Plaintiff's education records.

12. Records of Michigan Department of Treasury.

13. Records of Federal Motor Carrier Safety Administration.

14. Records of Michigan Department of Transportation.

15. Records of Michigan Secretary of State.

16. Records of VA / Tricare.

17. Records of Medicaid and/or Medicare.

18. Records of Defendants' Repair Shop.

19. Records of Plaintiffs of repair shop.

20. Photographs of Defendants' vehicle involved in this accident.

21. Photographs of Plaintiff's vehicle involved in this accident.

22. Photographs of the site of the incident.

23. Any and all video recordings from the day of the collision regarding the collision.

24. Any and all audio recordings from the day of the collision regarding the collision.

25. Exhibits marked at depositions during discovery of this case.

26. Documents, photographs, videos, movies, or any other memoranda referred to in depositions of witnesses.

27. Diagram of area of accident.

28. Meteorological reports from the day of the collision.

29. Any and all statements made by or prepared for non-party witnesses.

30. The complete file of Defendants' expert witnesses.

31. Blow-ups of any and all photographs.

32. Blow-ups of any and all MRI scans of Plaintiff.

33. Blow-ups of any and all operative procedures of Plaintiff.

34. Any and all medical and liability exhibits.

35. Life Activity Calendars.

36. Day in A Life Videos.

37. Economic Impact Reports.

38. SPECT and PET scan and/or images.

39. Computerized accident reconstruction animations.

40. Such demonstrative aids as may be necessary in assisting in the presentation of Plaintiff's case to the jury.

41. Any and all rebuttal and/or contradictory evidence, exhibits, including video, documents and photographs as necessary.

                    MICHIGAN SLIP AND FALL LAWYERS

BY _____

                    RICHARD A. MOORE (P76399)
                    LAUREN A. GWINN (P85050)
                    Attorneys for Plaintiff

DATED: December 4, 2025

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on December 4, 2025 by:

☐ US MAIL   ☐ FAX   ☐ HAND DELIVERY   ☐ FEDERAL EXPRESS   ☐ OTHER   ☒ E-FILE   ☐ E-MAIL

*/s/ Amber Brandana*
Amber Brandana

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575