EASTERN DISTRICT OF MICHIGAN
UNITED STATES DISTRICT COURT

LEE HALL,

                Plaintiff,

v.                                  Case No.: 2:24-cv-13361

CIRCLE K STORES, INC., a foreign profit corporation, and MAC'S CONVENIENCE STORES, LLC, a foreign limited liability company,

                Defendants.

| | |
|---|---|
| THOMAS W. JAMES (P685563) | JOSEPH P. SULLIVAN (P38076) |
| RICHARD A. MOORE (P76399) | PAUL A. RUSCHEINSKI (P85304) |
| LAUREN A. GWINN (P85050) | ZACHARY G. STILLMAN (P87670) |
| Attorneys for Plaintiff | Litchfield Cavo LLP |
| 30101 Northwestern Highway | Attorneys for Defendants Circle K. Stores, Inc. |
| Farmington Hills, MI 48334 | and Mac's Convenience Stores, LLC |
| 248-353-7575 | 303 West Madison Street, Suite 300 |
| tjames@falllaw.com | Chicago, IL 60606 |
| rmoore@falllaw.com | 312-781-6677 |
| lgwinn@falllaw.com | sullivanj@litchfieldcavo.com |
| mmcallister@falllaw.com (asst) | ruscheinski@litchfieldcavo.com |
| | Stillman@litchfieldcavo.com |

### **DEFENDANTS' WITNESS AND PROPOSED EXHIBIT LIST**

      Defendants Circle K Stores, Inc. and Mac's Convenience Stores, LLC ("Defendants"), by and through their attorneys, Litchfield Cavo LLP, hereby submit the following list of witnesses, known to Defendants at the time of preparation of their list. To the extent that there are subsequent treating doctors and further discovery, or investigation identifies additional witnesses, Defendants reserve the right to file an amended witness/exhibit list naming them.

1. Cindy Randall

2. Robin Nelson

3. Melina Hinton

4. Plaintiff, Lee Hall

5. Corporate representative(s) of Mac's Convenience Stores, LLC

6. Corporate representative(s) of Circle K Stores, Inc.

7. Any witness listed by Plaintiff in Plaintiff's Witness List

8. All treating healthcare providers of Plaintiff, including but not limited to those identified in medical records and Plaintiff's witness list

9. Custodians of records for medical, employment, pharmacy, insurance, and billing records relating to Plaintiff

10. Any expert witnesses ultimately retained and disclosed by Defendants pursuant to the scheduling order

11. Any rebuttal or impeachment witnesses

12. Any witness identified in discovery, documents, depositions, or supplements

13. Any witness necessary to authenticate or lay foundation for exhibits

14. Any witness revealed through continuing discovery and trial preparation

Defendants reserve the right to amend or supplement this list pursuant to continuing discovery and court rules.

## PROPOSED EXHIBIT LIST

Defendants Circle K Stores, Inc. and Mac's Convenience Stores, LLC identify the following documents and tangible evidence that may be used at trial. Defendants reserve the right to supplement pursuant to continuing discovery and court rules:

1. Incident Report

2. Customer Statement (plaintiff's handwritten statement)

3. Time Card Report / IN & OUT Log for employees on date of incident

4. Safety and Slip & Fall Policy

5. Security Video / Surveillance footage of the incident (front sidewalk, date of fall)

6. Any photographs or screenshots extracted from the surveillance video

7. Mac's & Circle K Rule 26(a) Initial Disclosures

8. All documents produced by Defendants in discovery

9. Any documents produced by Plaintiff in discovery, including, but not limited to, medical records, billing records, wage/employment documents, itemized damages materials, and photographs

10. Medical records, bills, pharmacy records, and treatment documents relating to Plaintiff

11. Any records produced by third-party medical providers, employers, insurers, or custodians

12. Any deposition transcripts, exhibits, or reports exchanged in discovery

13. Any expert reports disclosed by any party and materials relied upon by those experts

14. Demonstratives, enlargements, screenshots, or digital edits used solely for trial presentation

15. Any exhibits necessary to authenticate or lay foundation for evidence

16. Any exhibits used for rebuttal or impeachment

17. Any exhibits listed by Plaintiff whether or not introduced at trial

Dated: December 5, 2025

                                                   /s/ *Zachary G. Stillman*
                                                   Zachary G. Stillman

Joseph P. Sullivan (P38076)
Paul A. Ruscheinski (P85304)
Zachary G. Stillman (P87670)

Litchfield Cavo LLP
303 W. Madison, Suite 300
Chicago, IL 60606
(312) 781-6677
sullivanj@litchfieldcavo.com
ruscheinski@litchfieldcavo.com
stillman@litchfieldcavo.com
*Counsels for Circle K Stores, Inc. and Mac's Convenience Stores LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the above document was served via electronic mail, on all counsel of record, before the hour of 5:00 p.m., on November 13, 2025.

                                            /s/ *Zachary G. Stillman*