✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Lee Hall | **District of** | Eastern District of Michigan |

Plaintiff (s),  
V.  
Circle K Stores, Inc. et al  
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24:cv-13361

Notice is hereby given that, subject to approval by the court, Circle K Stores, Inc. substitutes
(Party (s) Name)

Paul A. Ruscheinski , State Bar No. MI-P85304 as counsel of record in
(Name of New Attorney)

place of Joseph P. Sullivan .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Litwin Kach, LLP  
Address: 401 N. Michigan Ave, Suite 1200  
Telephone: (313) 779-1539         Facsimile  
E-Mail (Optional): paul@litwinkach.com

I consent to the above substitution.  
Date: 2/16/2026

Joshua Morris    *Digitally signed by Joshua Morris Date: 2026.02.24 16:12:40 -05'00'*
(Signature of Party (s))

I consent to being substituted.  
Date: 2/16/2026

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.  
Date: 2/16/2026

*Paul Ruscheinski*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                      
                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**