UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE HALL,

Plaintiff(s),

v.

CIRCLE K STORES, INC., et al.,

Defendant(s).

Case No. 24-cv-13361

Honorable Robert J. White

**STIPULATED ORDER OF DISMISSAL**

The parties would like to advise the Court that a settlement has been reached in this case.

THIS MATTER, having come before the court for the entry of a dismissal order on the above-captioned matter, all Parties and the Court duly advised that this matter has and should be dismissed in its entirety, with prejudice, pursuant to said settlement.

THIS CAUSE comes before the Court on the Agreed Stipulation to Dismiss. The Court being advised, dismisses the above-referenced cause with prejudice, all matters having been settled, which were brought, or which could have been brought. Each party to bear their own costs.

SO ORDERED.

Dated: November 10, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ Lauren A. Gwinn
Attorney for Plaintiff

/s/ Paul A. Ruscheinski
Attorney for Defendant